# Third District Court of Appeal

## State of Florida

Opinion filed January 27, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-1828
Lower Tribunal No. 01-34236

————————

**Daniel Deleon,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Charles K. Johnson, Judge.

Daniel Deleon, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, LOGUE, and GORDO, JJ.

PER CURIAM.

Affirmed.